IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ADAM MICHAEL ANDREWS                                                              PLAINTIFF

v.                              4:22-cv-00164-JM-JJV

SHAWN JOHNSON, *et al.*                                                           DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge James M. Moody Jr. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this recommendation. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

### DISPOSITION

I.   DISCUSSION

Adam Michael Andrews ("Plaintiff"), an inmate at the Arkansas Division of Correction, has filed a *pro se* Complaint and Amended Complaint seeking relief pursuant to 42 U.S.C. § 1983. (Doc. Nos. 1, 5.) Plaintiff brings an excessive force claim against Defendant Shawn Johnson, a K-9 officer who Plaintiff alleges ordered his K-9 to bite him "about 10-15 times" during an arrest. (Doc. No. 1.) The remaining defendants are officers who were present during the incident, and Plaintiff brings failure to intervene claims against them for failing to stop the attack. (*Id.*)

On November 1, 2022, this Court received a pleading purportedly from Plaintiff – mailed to the defense - seeking permission to voluntarily dismiss the remainder of this case. The Court filed

the document of record. (Doc. No. 42.) Accordingly, I find Plaintiff presented a proper explanation as to why he wishes to dismiss, dismissal would not waste judicial time and effort, and dismissal will not prejudice Defendants. *See* Fed. R. Civ. P. 41(a); *Tillman v. BNSF Ry. Co.*, 33 F.4th 1024, 1027 (8th Cir. 2022). Because the motion was not filed directly by Plaintiff, he can file an objection should he not want this case to be dismissed.

## II.   CONCLUSION

IT IS, THEREFORE, RECOMMENDED that:

1. Plaintiff's Motion to Dismiss (Doc. 42) be GRANTED, Plaintiff's claims against Defendants be DISMISSED without prejudice, and this case be CLOSED.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this Recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 2nd day of November 2022.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE