# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ADAM MICHAEL ANDREWS**                                          **PLAINTIFF**

**v.**                        **4:22-cv-00164-JM-JJV**

**SHAWN JOHNSON,** *et al.*                                      **DEFENDANT**

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has passed. After careful review, this Court adopts the Recommendation in its entirety as its findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion to Dismiss (Doc. 42) be GRANTED, Plaintiff's claims against Defendants be DISMISSED without prejudice, and this case be CLOSED.

3. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 29th day of November 2022.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE