IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ADAM MICHAEL ANDREWS**                                                                              **PLAINTIFF**

v.                                 **4:22-cv-00164-JM-JJV**

**SHAWN JOHNSON,** *et al.*                                                      **DEFENDANT**

## JUDGMENT

Consistent with the Order entered separately today, Plaintiff's claims are DISMISSED WITHOUT PREJUDICE, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 29th day of November 2022.

 

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE